IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 DEC -1 PM 4: 46
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                  CR. NO. 05-20376-B

ALEXANDER BLACKMON,

    Defendant.

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY
And ** *SETTING* **

This cause came on for a report date on November 28, 2005. At that time counsel for the defendant requested a continuance of the December 5, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to January 3, 2006 with a report date of ** ***Wednesday, December 21, 2005, at 9:30 a.m.***,** in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from December 16, 2005 through January 13, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 1st day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20376 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT